# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

DOCKET NUMBER: __21 CV 08800__

DATE FILED: __OCT 2 8 2021__

SIGNED BY: __JUDGE SCHOFIELD__

DATE SIGNED: __OCT 2 7 2021__

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

__✓__ COMPLAINT/PETITON ONLY

__✓__ OTHER DOCUMENTS/EXHIBITS