UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.G.C., <br><br> Petitioner, <br><br> -v.- <br><br> THOMAS DECKER, DIRECTOR, NEW YORK ICE FIELD OFFICE; KENNETH GENALO, ASSISTANT DIRECTOR, NEW YORK ICE FIELD OFFICE; TAE JOHNSON, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS  ENFORCEMENT; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES; CARL DUBOIS, SHERIFF OF ORANGE COUNTY; ANTHONY M. MELE, COLONEL FOR ORANGE COUNTY SHERIFF'S OFFICE CORRECTIONS ADMINISTRATION; LAWRENCE CATLETTI, CAPTAIN FOR ORANGE COUNTY SHERIFF'S OFFICE CORRECTIONS ADMINISTRATION; NICOLE KAYE, CLINICAL DIRECTOR FOR ORANGE COUNTY CORRECTIONAL FACILITY MENTAL HEALTH; DANA EHRIG, HEALTH SERVICES ADMINISTRATOR FOR WELLPATH CORRECTIONAL MEDICAL SERVICES, <br><br> Respondents. | 21 Civ. 8800 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

      In a prior order (Dkt. #31), the Court appointed an expert witness, Dr. Barry Rosenfeld, to conduct a forensic evaluation of Petitioner and make an independent determination concerning the various cognitive and mental health issues that have been ascribed to Petitioner by the parties.  The Court received Dr. Rosenfeld's report on January 3, 2022.  The Court will transmit the report to the parties under separate cover and file it under seal.  Any party wishing to

supplement its briefing based on the contents of Dr. Rosenfeld's report may do so in a letter brief, not to exceed ten pages, due on or before **January 18, 2022**.

    SO ORDERED.

Dated:   January 3, 2022
           New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge