UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.G.C.,<br><br>                               Petitioner,<br><br>                    -v.-<br><br>THOMAS DECKER, DIRECTOR, NEW YORK ICE FIELD OFFICE; KENNETH GENALO, ASSISTANT DIRECTOR, NEW YORK ICE FIELD OFFICE; TAE JOHNSON, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES; CARL DUBOIS, SHERIFF OF ORANGE COUNTY; ANTHONY M. MELE, COLONEL FOR ORANGE COUNTY SHERIFF'S OFFICE CORRECTIONS ADMINISTRATION; LAWRENCE CATLETTI, CAPTAIN FOR ORANGE COUNTY SHERIFF'S OFFICE CORRECTIONS ADMINISTRATION; NICOLE KAYE, CLINICAL DIRECTOR FOR ORANGE COUNTY CORRECTIONAL FACILITY MENTAL HEALTH; DANA EHRIG, HEALTH SERVICES ADMINISTRATOR FOR WELLPATH CORRECTIONAL MEDICAL SERVICES,<br><br>                               Respondents. | 21 Civ. 8800 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Petitioner's February 17, 2022 request for a conference with the Court regarding a discovery dispute, or for leave to file a Motion for Expedited Discovery and an Inspection (Dkt. #46); and the Government's letter response, dated March 11, 2022 (Dkt. #53). For substantially the same reasons outlined in the Government's letter, Petitioner's request is hereby DENIED.

SO ORDERED.

Dated:  March 15, 2022
          New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge