UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L.G.C.,

                Petitioner,

-v.-

THOMAS DECKER, DIRECTOR, NEW YORK ICE FIELD OFFICE; KENNETH GENALO, ASSISTANT DIRECTOR, NEW YORK ICE FIELD OFFICE; TAE JOHNSON, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES; CARL DUBOIS, SHERIFF OF ORANGE COUNTY; ANTHONY M. MELE, COLONEL FOR ORANGE COUNTY SHERIFF'S OFFICE CORRECTIONS ADMINISTRATION; LAWRENCE CATLETTI, CAPTAIN FOR ORANGE COUNTY SHERIFF'S OFFICE CORRECTIONS ADMINISTRATION; NICOLE KAYE, CLINICAL DIRECTOR FOR ORANGE COUNTY CORRECTIONAL FACILITY MENTAL HEALTH; DANA EHRIG, HEALTH SERVICES ADMINISTRATOR FOR WELLPATH CORRECTIONAL MEDICAL SERVICES,

                Respondents.

21 Civ. 8800 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record in the Court's oral decision on April 29, 2022, Petitioner's motion for a preliminary injunction and/or immediate release pursuant to *Mapp* v. *Reno*, 241 F.3d 221 (2d Cir. 2001) is DENIED. Further, Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. 2241 is also DENIED. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

2

SO ORDERED.

Dated: April 29, 2022
        New York, New York

                                                       KATHERINE POLK FAILLA
                                                     United States District Judge